**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-cv-02120-JLK

COMPAÑÍA DE INVERSIONES MERCANTILES S.A.,,

    Petitioner,

v.

GRUPO CEMENTOS DE CHIHUAHUA, S.A.B. DE C.V., and
GCC LATINOAMÉRICA, S.A. DE C.V.,

    Respondents.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion And Order of Judge John L. Kane entered on March 25, 2019 it is

ORDERED that *Ex Parte* Motion of Petitioner To Lift Abatement Order (Filed 5/31/18; Doc. No. 42) is GRANTED. It is

FURTHER ORDERED that the Petition To Confirm A Foreign Arbitral Award (Filed 9/25/15, Doc. No. 1) and Motion To Confirm Foreign Arbitral Award (Filed 6/1/18; Doc. No. 50) are GRANTED. It is

FURTHER ORDERED that the Petitioner COMPAÑÍA DE INVERSIONES MERCANTILES S.A., recover from the Respondents GRUPO CEMENTOS DE CHIHUAHUA, S.A.B. de C.V., and GCC LATINOAMÉRICA, S.A. de C.V., the amount of thirty-six million, one hundred thirty-nine thousand, two hundred twenty-three dollars,

$36,139,223.00, plus annual interest at a rate of 6% from April 10, 2015 to the date of entry of judgment.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>2.48%</u>.  It is

FURTHER ORDERED that the Petitioner is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 26th day of March, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  *B. Abiakam*

B. Abiakam
Deputy Clerk