IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02120

COMPAÑÍA DE INVERSIONES MERCANTILES S.A.,

Petitioner-Judgment-Creditor,

v.

GRUPO CEMENTOS DE CHIHUAHUA, S.A.B. de
C.V., and GCC LATINOAMERICA, S.A. de C.V.,

Respondents-Judgment-Debtors.

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that Daniel Pulecio-Boek is no longer affiliated with the firm of Quinn Emanuel Urquhart & Sullivan, LLP.  Mr. Pulecio-Boek remains as counsel for Defendants-Appellants and shall continue to receive all communications and pleadings in this matter.  His contact information is as follows:

>    Daniel Pulecio-Boek
>    Greenberg Traurig, LLP
>    2101 L. Street N.W.
>    Washington, D.C. 20037
>    (202) 331-3117
>    pulecioboekd@gtlaw.com

Dated:  January 8, 2020

Respectfully submitted,

*s/ Daniel Pulecio-Boek*
Daniel Pulecio-Boek
GREENBERG TRAURIG, LLP
2101 L. Street N.W.
Washington, D.C. 20037
(202) 331-3117
pulecioboekd@gtlaw.com

*Attorneys for Respondents-Judgment-Debtors*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 8, 2020, I served the foregoing **NOTICE OF CHANGE OF FIRM AND ADDRESS** on all parties of record via CM/ECF.

*s/ Daniel Pulecio-Boek*
Daniel Pulecio-Boek

*Attorney for Defendants-Appellants*