**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-CV-02120

COMPAÑÍA DE INVERSIONES MERCANTILES S.A.,

Judgment Creditor,

v.

GRUPO CEMENTOS DE CHIHUAHUA, S.A.B. de C.V., and GCC LATINOAMÉRICA, S.A. de C.V.,

Judgment Debtors.

---

CIMSA'S MOTION FOR EXTENSION OF TIME TO OPPOSE RESPONDENTS' MOTION TO VACATE THE JUDGMENT

---

Judgment Creditor Compañia de Inversiones Mercantiles S.A. ("CIMSA") moves under Local Rule 7.1 and this Court's Pretrial and Trial Procedures – Civil Cases Section I.F for an extension of time of 42 days, up to and including January 22, 2021, to file a brief and supporting declarations and exhibits in opposition to Respondents' Rule 60(b)(5) Motion to Vacate the Judgment [ECF No. 158] (the "Motion to Vacate"). Respondents have stated that they do not consent.

1. On March 25, 2019, this Court entered an Order granting CIMSA's motion to confirm a foreign arbitral award rendered in Bolivia against Grupo Cementos de Chihuahua, S.A.B. de C.V. and GCC Latinoamérica, S.A. de C.V. (together, "GCC"). [ECF No. 93]. On March 26, 2019, the Clerk of Court entered judgment against GCC in the amount of $44,734,314 plus post-judgment interest and costs [ECF No. 94]. The Tenth Circuit Court of Appeals affirmed the judgment on August 17, 2020. 970 F.3d 1269 (10th Cir. 2020). The mandate

issued on October 8, 2020 following GCC's failed motion for a stay pending a writ of certiorari. [ECF No. 157].

2. On November 20, 2020, GCC filed the Motion to Vacate. GCC contends that the Plurinational Constitutional Court ("PCT") in Bolivia rendered a decision on February 18, 2020, in the form of a procedural order known as an *Auto,* in which it purportedly invalidated a PCT judgment entered in December 2016 (the "PCT Final Damages Order") that had vacated a 2015 order annulling the Damages Award, issued by a court of first instance sitting in the twelfth judicial chamber in La Paz (the "Twelfth Judge"). [ECF No. 158-2]. GCC also claims that the Twelfth Judge, on November 5, 2020, on the basis of the *Auto*, purported to reinstate her 2015 order annulling the Damages Award. [ECF No. 158-4].

3. CIMSA will oppose the motion. CIMSA will demonstrate, through expert and fact witnesses, that the *Auto* can have no impact on the PCT Final Damages Order that vacated the Twelfth Judge's 2015 decision, because that PCT judgment is *res judicata*. Moreover, the 2016 judgment, a *Sentencia*, cannot as a matter of Bolivian law be impacted by a lower-ranking *Auto* issued in another proceeding. Finally, an extension of time will allow CIMSA sufficient time to investigate GCC's inexplicable contention (ECF No. 158 at 6) that the PCT issued its *Auto* on February 18, 2020, yet only notified the parties on October 29, 2020, which happens to be eleven days after the national elections in Bolivia which resulted in the defeat of the party endorsed by CIMSA's principal and the re-emergence of the party hostile to him, which also is the party in control of the Bolivian judiciary. [ECF No. 48-1].[1] The extension will also allow CIMSA time to investigate the circumstances surrounding the Twelfth Judge's November 5

[1] GCC's Motion to Vacate claims that GCC was notified of the *Auto* on October 29, 2020 [ECF 158 at 6], but the one factual declaration offered by GCC provides no evidentiary basis for that assertion. [ECF 158-1].

decision, which was issued just one week after the purported publication of the *Auto,* but where for four years that judge had done nothing to comply with the PCT Final Damages Order's express mandate that she issue a new decision consistent with the PCT Final Damages Order. [ECF 46 at ¶ 94; ECF 158 at 5].

4. This is CIMSA's first request for an extension in connection with the Motion to Vacate. Pursuant to Local Rule 7.1(a), counsel for CIMSA has consulted with counsel for GCC, and GCC stated that it does not consent to this request.

Dated: November 23, 2020

Respectfully submitted,

FOX ROTHSCHILD
Marsha M. Piccone
1225 17th Street
Suite 2200
Denver, CO 80202
Tel.: (303) 292-1200
Fax: (303) 292-1300

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: *Gabriel Hertzberg*
Eliot Lauer
Gabriel Hertzberg
Sylvi Sareva
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6192
Fax: (212) 697-1559

*Attorneys for Compañía de Inversiones Mercantiles S.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of November, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel:

David M. Cooper
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, NY 10010

Juan P. Morillo
QUINN EMANUEL URQUHART & SULLIVAN LLP
13001 I Street NW, Suite 900
Washington, DC 20005

Daniel Pulecio-Boek
GREENBERG TRAURIG LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

*/s/ Gabriel Hertzberg*