# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 21, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Grupo Cementos de Chihuahua S.A.B. de C.V., et al.
           v. Compañía de Inversiones Mercantiles, S.A.
           No. 20-1033
           (Your No. 19-1151)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk