# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02120-JLK

COMPAÑÍA DE INVERSIONES MERCANTILES S.A.,

    Petitioner-Judgment Creditor,

v.

GRUPO CEMENTOS DE CHIHUAHUA S.A.B. DE C.V., and
GCC LATINOAMÉRICA, S.A. DE C.V.,

    Respondents-Judgment Debtors.

---

**RESPONDENTS' MOTION TO RESTRICT PUBLIC ACCESS TO DOCUMENTS UNTIL CIMSA FILES REDACTED COPIES OF THOSE DOCUMENTS**

---

Daniel Pulecio-Boek
GREENBERG TRAURIG LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
202-331-3117

David M. Cooper
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
212-849-7000

Juan P. Morillo
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, DC 20005
202-538-8000

1.      GCC moves pursuant to Local Rule 7.2 to temporarily restrict public access to Dkts. 222, 222-1, 222-2, 222-3, 222-4, 222-6, 222-9, 222-10, 223, 223-1, 224, 224-1, and 224-2 until CIMSA files new, redacted versions of these documents.  GCC has no objection to CIMSA filing public versions of these documents that have properly redacted financial account numbers.

2.      The above documents should be temporarily restricted to public access until CIMSA files redacted copies because they contain unredacted bank account numbers and brokerage account numbers belonging to GCC.  *See, e.g.*, Dkt. 223 at 9-10; Dkt. 224 at 6.

3.      Financial account numbers are confidential.  Under Federal Rule of Civil Procedure 5.2(a)(4), "in an electronic or paper filing with the court that contains … a financial-account number, a party or nonparty making the filing may include only … the last four digits of the financial-account number."  This reflects the Rules Advisory Committee's judgment that financial account numbers must be redacted "to protect privacy and security concerns."  44 U.S.C. 3501 note.  By contrast, there is no public interest in publicizing GCC's full financial account numbers.  Thus, the Federal Rules of Civil Procedure dictate that GCC's privacy interest in keeping these financial account numbers partially redacted outweigh any public interest in the full account numbers.

4.      If access is not restricted, GCC faces potential injury.  Financial account numbers, if published, can be used by criminals to engineer fraudulent transactions.  *See, e.g.*, Rosario Mendez, *Payments you didn't authorize could be a scam*, Federal Trade Commission Consumer Information (Aug. 16, 2017), https://perma.cc/7X9H-3EW3 ("Dishonest people may use your bank … information to take your money, or sell your information to others who'll do the same.").

5.      GCC believes that redaction would be an adequate alternative to restriction, but CIMSA has not yet filed redacted copies.  GCC thus requests that these documents be maintained

under seal until CIMSA files redacted versions of these documents.  4B Wright & Miller, Fed. Prac. & Proc. Civ. § 1156 (4th ed.) (A document containing "sensitive information should be sealed by the court, and the party should be given an opportunity to file a redacted version of the document."); *see also* Fed. R. Civ. P. 5.2, advisory committee's note ("The responsibility to redact filings rests with counsel and the party or non-party making the filing.").  Because GCC is not seeking permanent sealing of these documents, the Tenth Circuit's standards for sealing public records in *United States v. Hickey*, 767 F.2d 705 (10th Cir. 1985), do not apply.  *See, e.g.*, *Nash v. Life Ins. Co. of N. Am.*, No. 08CV893 WQH RBB, 2010 WL 2044935, at *1 (S.D. Cal. May 18, 2010) (explaining that Rule 5.2(a) redaction is an alternative to a motion to seal the record).

6. GCC conferred with CIMSA regarding this motion on July 15, 2021.  CIMSA stated that it takes no position with regard to this motion, and will file redacted copies of the above documents if this Court so directs.

7. GCC accordingly seeks level 1 restriction of the above listed documents until CIMSA re-files copies of these documents that redact GCC's confidential financial account numbers.

Dated: July 16, 2021

                                                                               Respectfully submitted,

| | |
|---|---|
| Daniel Pulecio-Boek<br>GREENBERG TRAURIG LLP<br>2101 L Street, N.W.<br>Suite 1000<br>Washington, DC 20037<br>(202) 331-3117 | */s/ David M. Cooper*<br>David M. Cooper<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 |
| | Juan P. Morillo<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000 |

*Counsel for Respondents*

3