FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

May 11, 2022

Christopher M. Wolpert
Clerk of Court

_____

COMPANIA DE INVERSIONES
MERCANTILES S.A.,

    Petitioner - Appellee,

v.

GRUPO CEMENTOS DE CHIHUAHUA
S.A.B. DE C.V.; GCC
LATINOAMERICA, S.A. DE C.V.,

    Respondents - Appellants.

No. 21-1324
(D.C. No. 1:15-CV-02120-JLK)
(D. Colo.)

_____

**ORDER**
_____

Before **HOLMES**, **MATHESON**, and **ROSSMAN**, Circuit Judges.
_____

Appellants have filed an emergency motion for stay of turnover order pending appeal upon posting supersedeas bond. In deciding whether to grant a stay pending appeal, we consider the traditional factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted); *see also* Fed. R. App. P. 8(a); 10th Cir. R. 8.1. This court "may condition relief on a party's filing a bond or other security in the district court." Fed. R. App. P. 8(a)(2)(E).

We have evaluated appellants' motion under these standards, and we find (as in the court's previous order denying a stay pending appeal) that appellants have failed to show irreparable harm if a stay does not issue. We therefore deny their motion.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk