**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-CV-02120

COMPAÑÍA DE INVERSIONES MERCANTILES S.A.,

    Judgment Creditor,

v.

GRUPO CEMENTOS DE CHIHUAHUA, S.A.B. de C.V.,
and GCC LATINOAMÉRICA, S.A. de C.V.,

    Judgment Debtors.

---

### CIMSA'S RESPONSE TO GCC'S PROPOSED APPEAL BOND

---

    Pursuant to this Court's minute order dated May 13, 2022 [ECF No. 268], Judgment Creditor Compañia de Inversiones Mercantiles S.A. ("CIMSA") respectfully submits this response to the Proposed Appeal Bond [ECF No. 265] filed by Judgment Debtors Grupo Cementos de Chihuahua, S.A.B. de C.V. and GCC Latinoamérica, S.A. de C.V. (the "Appeal Bond").

    CIMSA notes that there is a typographical error on line two of paragraph three of the Appeal Bond: the term "Orders" in that line should be singular, *i.e.*, "Order." Otherwise, CIMSA has no objections to the Appeal Bond.

- 2 -

Dated:  May 13, 2022

                    Respectfully submitted,

| FOX ROTHSCHILD | | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
|---|---|---|
| Marsha M. Piccone | | |
| 1225 17th Street | | |
| Suite 2200 | By: | *Juan Perla* |
| Denver, CO  80202 | | Eliot Lauer |
| Tel.:  (303) 292-1200 | | Gabriel Hertzberg |
| Fax:  (303) 292-1300 | | Juan Perla |
| | | Sylvi Sareva |
| | | Nathaniel Ament-Stone |
| | | 101 Park Avenue |
| | | New York, NY 10178 |
| | | Tel:  (212) 696-6192 |
| | | Fax:  (212) 697-1559 |

*Attorneys for Compañía de Inversiones Mercantiles S.A.*

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of May, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel:

David M. Cooper
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, NY 10010

Juan P. Morillo
QUINN EMANUEL URQUHART & SULLIVAN LLP
13001 I Street NW, Suite 900
Washington, DC 20005

Lauren Hadley Dickie
QUINN EMANUEL URQUHART & SULLIVAN LLP
13001 I Street NW, Suite 900
Washington, DC 20005

Daniel Pulecio-Boek
GREENBERG TAURIG LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

/s/ Juan Perla