# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  l:15-cv-02120-JLK               BondNo.107382866

**Compania de Inversiones Mercantiles S. A.,**

                              Petitioner - Appellee,

v.

**Grupo Cementos de Chihuahua S. A. B. de C. V. and GCC Latinoamerica, S. A. de C.  V.,**

                              Respondents -Appellants.

---

## APPEAL BOND

---

      We, the appellants, **Grupo Cementos de Chihuahua S. A. B. de C. V. and GCC Latinoamerica, S. A. de C. V.,** as Principals, and **Travelers Casualty and Surety Company of America,** as Surety, are held and firmly bound to the appellee, Compania de Inversiones Mercantiles S. A. in the penal sum of Fifty Million Dollars ($50,000,000.00), to be paid to appellee (its heirs, executors, administrators, or assigns or its successors or assign), for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, or assigns, jointly and severally, by this instnnnent

      Whereas, on **March 26, 2019,** in an action pending in the above court, between the petitioner, **Compania de Inversiones Mercantiles S. A.,** and the respondents, **Grupo Cementos de Chihuahua S. A. B. de C. V. and GCC Latinoamerica, S. A. de C. V.,** judgment was rendered against the respondents in the amount of Thirty-six million one hundred thirty-nine thousand two hundred and twenty-three dollars Dollars ($36, 139,223); and

      Whereas, on **April 30, 2021,** the above court entered an Order denying Principals' Motion to Vacate the judgment, the Principals, having filed a Notice of Appeal from such Order to the U.S. Court of Appeals for the Tenth Circuit and having applied for and obtained an order of the District Court staying enforcement of such judgment during the pendency of that appeal.

      Now, therefore, the condition of this obligation is that if the appellants shall prosecute the appeal of the Order denying Principals' Motion to Vacate the judgment to effect or if the appellants shall satisfy in full such judgment as modified together with such costs, interests, and damages as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect. The appellee, Compania de Inversiones Mercantiles S. A., shall not collect on the obligation during the pendency of the appeal of the Order denying Principals' Motion to Vacate the judgment. It is provided that the surety shall not be liable in the aggregate for more than the penal sum set forth above.

      Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, **Travelers Casualty and Surety Company of America,** as the surety, hereby submits themselves to the jurisdiction of the District Court.

Dated this    l2th    day of    May    20   2022

| | |
|---|---|
| **Grupo Cementos de Chihuahua S. A. B. de C. V. and GCC Latinoamerica, S. A. de C. V.** | **Travelers Casualty and Surety Company of America** |
| Appellant / Principal | Surety |
| BY: _____ <br> ENRIQUE ESCALANTE <br> ATTORNEY-IN-FACT | BY: _____ <br> Vanessa Dominguez, Attorney-in-Fact |

Approved this 16th day of May, 2022

_____
John L. Kane
Senior United States District Judge

|  |  |
|---|---|
| **TRAVELERSJ** | **Travelers Casualty and Surety Company of America**<br>**Travelers Casualty and Surety Company**<br>**St. Paul Fire and Marine Insurance Company** |

### POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:** That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **Vanessa Dominguez** of **HOUSTON**, **Texas**, their true and lawful Attorney-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances. conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this 17th day of January, **2019.**



State of Connecticut

City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the 17th day of **January, 2019,** before me personally appeared **Robert L. Raney,** who acknowledged himself to be the Senior Vice President of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

My Commission expires the 30th day of June, **2021**

Anna P. Nowlk, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, which resolutions are now in full force and effect, reading as follows:

RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President. the Treasurer, any Assistant Treasurer , the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign witl1 the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

FURTHER RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

FURTHER RESOLVED. that any bond. recognizance. contract of indemnity. or writing obligatory in the nature of a bond. recognizance. or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary: or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

FURTHER RESOLVED, that the signature of each of the following officers: President, any Executive Vice President. any Senior Vice President. any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

1, **Kevin E. Hughes,** the undersigned, Assistant Secretary of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this **12th** day of **May**, **2022**



_____
Kevin E. Hughes, Assistant Secretary

***To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.***
***Please refer to the above-named Attorney-in-Fact and the details of the bond to which this Power of Attorney is attached.***